# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELLE DESIDERIO, Adminstratrix of the ESTATE OF EDWIN A. DESIDERIO-SNEED, and MICHELLE DESIDERIO, In Her Own Right, and on behalf of Decedent's Minor Child, ND-B,**     **Plaintiff**  :  :  :  :  :  :  : | **CIVIL ACTION NO. 1:11-CV-331**    **(Judge Conner)** |
| **v.**  : : | |
| **UNITED STATES,**     **Defendant**  :  : | |

## **ORDER**

AND NOW this 1st day of February, 2012, upon consideration of the Unopposed Motion to Take Plaintiff's Deposition Nunc Pro Tunc (Doc. 17), it is hereby ORDERED that said motion is GRANTED. Plaintiff's counsel shall contact Defendant's counsel to schedule Plaintiff's deposition, which shall take place on or before March 2, 2012, at the United States Attorney's Office for the Middle District of Pennsylvania, 228 Walnut Street, 2d Floor, Harrisburg, PA 17108, beginning at 10:00 a.m.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge